UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,               Case No. 15-cr-20633
                                    Hon. Matthew F. Leitman

v.

EDDIE WALTERS, JR.,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR
## TEMPORARY RELEASE FROM CUSTODY

Defendant Eddie Walters, Jr., having filed a motion for temporary release from custody, and the Court having been duly advised in the premises;

**IT IS HEREBY ORDERED** that the motion for temporary release from custody is **GRANTED**;

**IT IS FURTHER ORDERED** that defendant be permitted to leave the Clare County Jail on Saturday, June 30, 2018, at 7:00 a.m., in order to attend the funeral of his Mother Louise D. Walters. Defendant shall return to the Clare County Jail on June 30, 2018, no later than 5:00 p.m.

                                              /s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: June 28, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 28, 2018, by electronic means and/or ordinary mail.

                                             s/Holly A. Monda
                                             Case Manager
                                             (810) 341-9764